Case No.: **11-00575**

Debtor(s): **Jan M. Smith-Goodreau**  SS#: **xxx-xx-8679**  Net Monthly Earnings: **1,743.87**
SS#:  Number of Dependents: **2**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **685.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   (     ) Payroll deduction Order: To _____ for $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **45,000.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,750.00** ; **$0.00** paid pre-petition; $ **1000.00** to be paid at confirmation and $ **50.00** per month thereafter until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Wachovia Mortgage, FSB** | $350,000.00 | ☐ by Trustee ☒ by Debtor $1,775.00 | March 2011 | $35,932.62 | Through and Incl. Feb. 2011 | 0.00% | $600.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **100** %.
   ☐ Other Provisions:

Attorney for Debtor Name/Address/Telephone #   Date **February 3, 2011**   **/s/ Jan M. Smith-Goodreau**
**/s/ Paula C. Greenway**   **Jan M. Smith-Goodreau**
**310 North Richard Arrington Jr. Blvd.**   Signature of Debtor
**Suite 400**
**Birmingham,, AL 35203**
Telephone # **205-324-4000**